COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS




CYROUS HEYDARIAN D/B/A U-PULL-IT,


 Appellant,


v.


MARIA PIZARRO, INDIVIDUALLY
AND AS NEXT FRIEND OF SAMUEL
PIZARRO, A MINOR CHILD, 


 Appellees.
§


 


§


 


§


 


§


 


§


 


 § 

 

 § 


No. 08-10-00251-CV



Appeal from the


County Court at Law No. 3


of El Paso County, Texas


(TC# 2008-4577)


MEMORANDUM OPINION


 Pending before the Court is an agreed motion to dismiss this appeal pursuant to a settlement
agreement. The motion is granted, and this appeal is dismissed. See Tex. R. App. P. 42.1(a)(1). 
Costs of appeal are assessed against Appellant. See Tex. R. App. P. 42.1(d).


 GUADALUPE RIVERA, Justice

February 23, 2011


Before Chew, C.J., McClure, and Rivera, JJ.